UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL CASE NO. 08- |
| | : | GRAND JURY ORIGINAL |
| v. | : | VIOLATIONS: |
| GREGORY WILLIAM FAIR | : | 18 U.S.C. § 2319 |
| | : | 17 U.S.C. § 506(a) |
| Defendant. | : | |
| | : | (Criminal Copyright |
| | : | Infringement) |
| | : | 18 U.S.C.§ 1341 |
| | : | (Mail Fraud) |

## INFORMATION

The United States Attorney informs the Court that:

### COUNT ONE

On or about between April 20, 2007 and December 26, 2007, Gregory Fair did, for purpose of commercial advantage or private financial gain, and by the reproduction or distribution, including by electronic means, during any 180-day period, of at least 10 or more copies or phonorecords of 1 or more copyrighted works, which have a total retail value of more than $2,500, willfully infringe a copyright.

(Criminal Copyright Infringement, in violation of Title 18 United States Code Section 2319 and Title 17 United States Code Section 506(a)).

### COUNT TWO

On or about December 26, 2007, in the District of Columbia, and elsewhere, Gregory Fair, the defendant herein, for the purpose of executing and attempting to execute a scheme and

artifice to defraud did knowingly cause to be delivered by the United Parcel Service, by depositing in United Parcel Service drop boxes, a mailing containing an illegally reproduced copyrighted work, namely pirated computer software reproduced onto CD-R.

(Mail Fraud, in violation of Title 18, United States Code Section 1341).

Respectfully submitted,
JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


_____/s/_____
GLENN LEON
Assistant United States Attorney
555 4th Street, N.W., Room 5237
Washington, DC 20530

MARC MILLER
Trial Attorney
U.S. Department of Justice
Criminal Division