

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL CASE NO.** 09-089-RWR |
| | : | |
| **v.** | : | **VIOLATIONS:** 18 U.S.C. § 2319 |
| | : | 17 U.S.C. § 506(a) |
| **GREGORY WILLIAM FAIR** | : | 18 U.S.C. § 1341 |
| | : | **(Criminal Copyright Infringement)** |
| **Defendant.** | : | **(Mail Fraud)** |

**FILED**

APR 1 6 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the government, through its undersigned counsel, and defendant Gregory Fair, advised by his undersigned counsel, Carlos Vanegas, stipulate and agree that, were this matter to go to trial, the United States would prove the following facts beyond a reasonable doubt:

1.   In early 2007, Adobe provided information to law enforcement concerning the unauthorized sale of pirated business software on eBay. The United States Postal Inspection Service (USPIS) determined that an individual named Gregory William Fair, hereafter referred to as Fair, was selling a large volume of pirated software on eBay utilizing a multitude of different eBay accounts, PayPal accounts and eBay UserIDs. Fair sold pirated Adobe software such as Adobe Illustrator 9.0, Adobe Photoshop 6.0 and Adobe PageMaker 6.5, at discounted prices. According to PayPal records, from approximately February 2001 through approximately September 2007, Fair had received approximately $1.4 million from the sale of pirated software on eBay.

### April 20, 2007 Undercover Purchase

2.   On April 20, 2007, U.S. Postal Inspector Judy Ramos, acting in an undercover capacity, visited the eBay website and made the winning high bid of $50.00 in an auction for Adobe

Illustrator 9.0 posted by ebay UserID "yabe.software." Pursuant to instructions from the seller, payment for the software was directed via PayPal to the PayPal account associated with email address yabestore@cox.net and account number 1175607461578917675. Subsequent to the payment, Postal Inspector Ramos received a package sent via United Parcel Service which contained one CD with the Adobe Illustrator 9.0 graphic printed on the CD. Postal Inspector Kostka observed the quality of the printing on the CD to be substandard and it did not contain an authentic hologram.

On April 23, 2007, after the end of the auction, Postal Inspector Ramos made an email inquiry asking the seller if payment could be made with a certified check or money order. Postal Inspector Ramos engaged the seller, eBay UserID, yabe.software, in an email discussion regarding the issue. Postal Inspector Ramos transmitted the email to yabestore@cox.net - the email address to which PayPal payment was directed. Postal Inspector Ramos received a reply email from yabestore@cox.net on that same day stating Paypal payments were the only method of payment being accepted. Postal Inspector Ramos examined the header information associated with this email sent on April 23, 2007 from yabestore@cox.net and observed that the email had been sent from computer associated with IP address 71.246.198.100. Records from Internet service provider Verizon revealed that IP address 71.246.198.100 was assigned to the account of Gregory Fair with service located at 3441 Sleepy Hollow Road., Falls Church, VA 22044 at the time the email was sent from IP address 71.246.198.100.

The account for eBay user ID yabe.software is in the name of "Yabe Sell" and has an associated e-mail address of yabestore@cox.net. Records received from Cox Communication show that the email address yabestore@cox.net is linked to an account in the name of Gregory Fair with 3441 Sleepy Hollow Rd., Falls Church, VA 22044 as the address on record. The PayPal account

associated with this same e-mail address - yabestore@cox.net - is in the name of Gregory Fair and shows the address 3441 Sleepy Hollow Rd., Falls Church, VA 22044 as an active, but hidden address of the account.

### May 1, 2007 Undercover Purchase

3.     On May 1, 2007, Postal Inspector Judy Ramos, acting in an undercover capacity, visited the eBay website and purchased Adobe Photoshop 6.0 posted by ebay UserID "yabe.software" for $109.00. Pursuant to instructions from the seller, payment for the software was directed via PayPal to the PayPal account associated with email address yabestore@cox.net and account number 1175607461578917675. Subsequent to the payment, Postal Inspector Ramos received a package sent via United Parcel Service which contained one CD-R with the Adobe Photoshop 6.0 graphic printed on the CD-R. Postal Inspector Kostka observed the quality of the printing on the CD-Rs to be substandard and it did not contain an authentic hologram.

On May 1, 2007, after the end of the auction, Postal Inspector Ramos received an e-mail from the seller - eBay UserID "yabe.software" and an e-mail address "yabestore@cox.net"- outlining shipping information for the Adobe Photoshop 6.0 software purchased. Postal Inspector Ramos examined the header information associated with this email sent on May 1, 2007 from yabestore@cox.net and observed that the email had been sent from computer associated with IP address 71.246.198.100. Records from Internet service provider Verizon revealed that IP address 71.246.198.100 was assigned to the account of Gregory Fair with service located at 3441 Sleepy Hollow Road, Falls Church, VA 22044 at the time the email was sent from IP address 71.246.198.100.

## May 16, 2007 Undercover Purchase

4.      On May 16, 2007, Postal Inspector Judy Ramos, acting in an undercover capacity, visited the eBay website and purchased Adobe Illustrator 9.0 for $109.00 and Adobe Photoshop 6.0 for $109.00, both posted by ebay UserID "yabe.software." Pursuant to instructions received from eBay, payment for the software was directed via PayPal to the PayPal account associated with email address yabestore@cox.net and account number 1175607461578917675. Subsequent to the payment, Postal Inspector Ramos received a package sent via United Parcel Service which contained two CD-Rs with the Adobe Illustrator 9.0 and Adobe Photoshop 6.0 graphic printed on the CD-Rs. Postal Inspector Ramos observed the quality of the printing on the CD-Rs to be substandard and it did not contain an authentic hologram.

Postal Inspector Kostka tested the purchased copyrighted work and found it to be a functioning version of the purported software that could be installed to a computer from the included CD-R.   Adobe representatives informed Postal Inspector Ramos that an examination of the copyrighted work established that the title was substantially similar to the legally released copy and was an unlawful infringing copy of Adobe's copyrighted work.  In addition, Adobe representatives advised that the eBay seller/UserID yabe.software was not authorized to duplicate, replicate, or distribute Adobe's copyrighted works of software. The approximate retail value of the legitimate Adobe Illustrator 9.0 is $399.00 and of Adobe Photoshop 6.0 is $609.00.

## July 27, 2007 Undercover Purchase

5.      On July 27, 2007, Postal Inspector Judy Ramos, acting in an undercover capacity, visited the eBay website and purchased Adobe PageMaker 6.5 for $119.00 and Adobe Photoshop 6.0 for $109.00, both posted by ebay UserID "yabe.software." Pursuant to instructions received from

eBay, payment for the software was directed via PayPal to the PayPal account associated with email address yabestore@cox.net and account number  1175607461578917675.  Subsequent to the payment, Postal Inspector Ramos received a package sent via United Parcel Service which contained two CD-Rs with the Adobe PageMaker 6.5 and Adobe Photoshop 6.0 graphic printed on the CD-Rs. Postal Inspector Ramos observed the quality of the printing on the CD-Rs to be substandard and it did not contain an authentic hologram.

December 26, 2007 Undercover Purchase

6.    On December 26, 2007, Postal Inspector Jan Kostka, acting in an undercover capacity, visited the eBay website and purchased Adobe PageMaker 6.5 for $119.00 posted by eBay UserID "pcmax2003."  Pursuant to instructions received from eBay, payment for the software was directed via PayPal to the PayPal account associated with email address pcmax.mail@verizon.net and account number 2017042846996284905.  Immediately following the purchase, the undercover email account utilized during the purchase received automated emails sent from both eBay and PayPal confirming the transaction.    Furthermore, an email was received from pcmax.mail@verizon.net regarding receipt of payment and notification of shipping, and was signed, "PC Max."  Subsequent to the payment, Postal Inspector Kostka received a package sent via United Parcel Service which contained a CD-R with the Adobe PageMaker 6.5 graphic printed on the CD-Rs. Postal Inspector Kostka observed the quality of the printing on the CD-Rs to be substandard and it did not contain an authentic hologram.

The eBay account for eBay user ID pcmax2003 is in the name "PC Max" and lists an associated e-mail address of pcmax.mail@verizon.net.  Records received from Verizon show that the e-mail address pcmax.mail@verizon.net is linked to the account in the name of Gregory Fair

5

with service at 3441 Sleepy Hollow Rd., Falls Church, VA 22044.

The United States Postal Inspection Service tested the purchased copyrighted works and found them to be  functioning versions of the purported software that could be installed to a computer from the included CD-R.  Adobe representatives informed the USPIS that an examination of the pirated works and/or digital photographs of the purchases works established that the title were substantially similar to the legally released copies and were an unlawful infringing copies of Adobe's copyrighted works.   In addition, Adobe representatives advised that the eBay seller/UserID yabe.software, pcmax2003 and Gregory Fair were not authorized to duplicate, replicate, or distribute Adobe's copyrighted works of software.

Other eBay Accounts

7.    An analysis of records received from eBay/PayPal reveals that Fair has several other eBay/PaypPal accounts.

eBay account adobe.resellers sells Adobe software such as that obtained through Postal Inspector Ramos' and Postal Inspector Kostka's undercover purchases. eBay/PayPal records revealed that eBay account adobe.resellers and PayPal account # 1195026747368998281 are associated with e-mail address adobesoftware@verizon.net.   Records from Internet service provider Verizon revealed that e-mail address adobesoftware@verizon.net is assigned to the account of Gregory Fair with service located at 3441 Sleepy Hollow Road., Falls Church, VA 22044.

An analysis of records received from eBay/PayPal reveals that eBay account grafix.source sells Adobe software such as that obtained through Postal Inspector Ramos' and Postal Inspector Kostka's undercover purchases.  eBay/PayPal records reveal that eBay account grafix.source and PayPal account # 1195026747368998281 are associated with e-mail address

grafix.source@verizon.net. Records from Internet service provider Verizon revealed that e-mail address grafix.source@verizon.net is assigned to the account of Gregory Fair with service located at 3441 Sleepy Hollow Road., Falls Church, VA 22044.

An analysis of records received from eBay/PayPal reveals that eBay account super_sw sells Adobe software such as that obtained through Postal Inspector Ramos' and Postal Inspector Kostka's undercover purchases. eBay/PayPal records reveal that eBay account super_sw and PayPal account # 1177565169998130622 are associated with e-mail address super_sw@cox.net. Records from Internet service provider Cox Communication revealed that e-mail address super_sw@cox.net is assigned to the account of Gregory Fair with service located at 3441 Sleepy Hollow Road., Falls Church, VA 22044.

### PayPal Account Access

8.    An analysis of records received from eBay/PayPal reveals that Fair accessed his PayPal accounts to conduct business utilizing the Internet connection at his residence. A review of the eBay/PayPal records reveals that account 1175607461578917675 associated with email address super-sw@cox.net was accessed on August 22, 2007 at 08:35:28 a.m. from a computer associated with IP address 96.231.30.212, on September 26, 2007 at 08:18:00 a.m. from a computer associated with IP address 71.246.233.73, on September 15, 2007 at 19:08:27 p.m. Records received from Verizon revealed that at the time and date of each access to the PayPal account, the associated IP address was assigned to the account of Gregory Fair with service located at 3441 Sleepy Hollow Road., Falls Church, VA 22044.

A review of the eBay/PayPal records reveals that account 2017042846996284905 associated with email address pcmax.mail@verizon.net was accessed on September 15, 2007 at 05:23:42 a.m.

from a computer associated with IP address 71.246.225.17. Records received from Verizon revealed that at the time and date of the access to the PayPal account, IP address 71.246.225.17 was assigned to the account of Gregory Fair with service located at 3441 Sleepy Hollow Road., Falls Church, VA 22044.

A review of the eBay/PayPal records reveals that account 1195026747368998281 associated with email address adobesoftware@verizon.net was accessed on September 17, 2007 at 09:11:20 a.m. from a computer assigned IP address 71.246.202.233, on August 20, 2007 at 13:34:33 PM from a computer associated with IP address 71.246.234.59 and on August 21, 2007 at 06:34:22 a.m. from a computer assigned IP address 71.246.253.158. Records received from Verizon revealed that at the time and date of the access to the PayPal account, IP address 71.246.202.233, IP address 71.246.234.59 and IP address 71.246.253.158 were assigned to the account of Gregory Fair with service located at 3441 Sleepy Hollow Road., Falls Church, VA 22044.

As described above, Postal Inspector Ramos made undercover purchases on April 20, 2007, May 1, 2007, May 16, 2007 and July 27, 2007 and Postal Inspector Kostka made an undercover purchase on December 26, 2007. In all instances, payments for the undercover purchases were directed to PayPal accounts linked to Fair. Simply put, Fair used his Internet service to access the PayPal accounts associated with the sale of pirated software.

<u>Search of 3441 Sleepy Hollow Road., Falls Church, Virginia</u>

9. On or about March 5, 2008, agents of the United States Postal Inspection Service conducted a search warrant at 3441 Sleepy Hollow Road., Falls Church, VA. Agents recovered a significant amount of evidence linking Fair and others to the above-described criminal acts. Agents recovered written instructions for the processing of eBay orders, packaging materials, blank CD-Rs,

records of past sales and thousands of pre-printed labels ready to be applied to pirated software. Agents also recovered a significant amount of computer equipment that was obviously being utilized to conduct the illegal business.

<u>Currency Analysis & Safe Deposit Box</u>

10. This investigation has revealed that Gregory Fair, and/or others working in concert with Gregory Fair, have withdrawn approximately $455,000 in currency from approximately January of 2005 through September 19, 2007. Paypal records indicate that on April 5, 2006, Gregory Fair purchased currency straps described as "MMF216070I09 - Currency Straps, Self Sealing, $5,000 Va," designed for use with $100 bills and "MMF216070G12 - Currency Straps, Self Sealing, $1000 Val" designed for use with $20 bills. Shortly after the purchase of these currency straps, in May of 2006, Gregory Fair began renting Wachovia safe deposit box # 0072701700053. The box was opened on May 4, 2006 concurrent with the opening of a Wachovia account in the name of Gregory Fair. The safe deposit box is located in the vault of the Wachovia bank branch at 2928 Annandale Rd., Falls Church, Virginia, 22042 in the Eastern District of Virginia. This particular safe deposit box is considered "self-serve" and does not require a signature to access the safe deposit box. The size of the safe deposit box is 5" X 10" X 24" and has 1200 cubic inches of space. The size of a U.S. currency bill is 2.61" X 6.14" X 0.0043" and takes up 0.06890922 cubic inches of space. Accordingly, the box could conceivably hold up to 17,414 bills of any denomination.

As previously stated, PayPal records have revealed that Fair has made approximately 1.4 million dollars in this copyright infringement scheme. The funds received through the Paypal accounts can either be transferred to other bank accounts or withdrawn via Paypal branded ATM cards. An analysis of Paypal records reveals the following cash withdrawals from Paypal accounts

associated with the copyright infringement scheme via ATM transactions.

During calendar year 2005, approximately $65,800 of currency was withdrawn from ATMs involving 165 separate transactions involving PayPal account #1177565169998130622 that has been utilized in the copyright infringement scheme. During calendar year 2006, approximately $239,302 of currency was withdrawn from ATMs involving 603 separate transactions involving 4 separate Paypal accounts that have been utilized in the copyright infringement scheme. From January of 2007 through September 19, 2007, approximately $150,400 of currency was withdrawn from ATMs involving 378 separate transactions involving 4 separate Paypal accounts that have been utilized in the copyright infringement scheme.

11.    In relation to each undercover purchase detailed above in paragraphs 2 through 6, the United States Postal Inspector received the purchased pirated software at an undercover location within the District of Columbia.

This Statement of Facts does not contain each and every fact known to Defendant and to the United States concerning Defendant's and other's involvement in the charges set forth in the plea agreement.

Respectfully submitted,

JEFFREY A. TAYLOR

UNITED STATES ATTORNEY

GLENN S. LEON
Assistant United States Attorney
555 4th Street, N.W., Room 5237
Washington, DC 20530


MARC MILLER
Trial Attorney
U.S. Department of Justice
Criminal Division

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Crim. P. 11, after consulting with my attorney, Carlos Vanegas, I agree and stipulate to this Statement of Offense under penalty of perjury.

Date: _____4/16/09_____     _____

Gregory Fair

Defendant

I have discussed this Statement of Offense with my client Gregory Fair. I concur with his decision to stipulate to this Statement of Offense.

Date: _____4/16/09_____     _____

Carlos Vanegas

Attorney for the Defendant

12